■    CHARLES B. GROSS, Respondent, v. CITY OF BINGHAMTON, Appellant.— Judgment, County Court, Broome County, entered on December 19, 1972, affirmed, with costs. (See *Ehrets* v. *City of Binghamton,* 28 A D 2d 1068.) Herlihy, P. J., Greenblott, Cooke, Main and Reynolds, JJ., concur.